UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------)
**NOEL NUGENT,** )
            )
    **Plaintiff,** )
            )
**V.** )     CASE NO.: 7:14-CV-01267-NSR
            )
**WHITE PLAINS LINCOLN-MERCURY, INC.** )
**And SANTANDER CONSUMER USA, INC.** )
            )
    **Defendants** )
------------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, the Plaintiff, Noel Nugent, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendants White Plains Lincoln-Mercury, Inc. and Santander Consumer USA, Inc.

Date: May 14, 2014

By:    _/s/Brian L. Bromberg_____
       Brian L. Bromberg
       Jonathan R. Miller
       Bromberg Law Office, P.C.
       26 Broadway, 21st Floor
       Suite 10004
       New York, NY  10004
       Tel: (212) 248-7906

       Daniel S. Blinn
       Consumer Law Group LLC
       35 Cold Spring Rd, Suite 512
       Rocky Hill CT 06067
       Tel: (860) 571-0408

CERTIFICATION

  I hereby certify that on this 14th day of May, 2014, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 /s/Brian L. Bromberg
                 Brian L. Bromberg
                 Bromberg Law Office, P.C.
                 26 Broadway, 21st Floor
                 Suite 10004
                 New York, NY  10004
                 Tel: (212) 248-7906

                 Daniel S. Blinn
                 Consumer Law Group LLC
                 35 Cold Spring Rd, Suite 512
                 Rocky Hill CT 06067
                 Tel: (860) 571-0408